Same case below, 642 F.3d 182.

**No. 10-10522. Corderrius Terrelle Hunt, Petitioner v. United States.**

564 U.S. 1012, 131 S. Ct. 3011, 180 L. Ed. 2d 836, 2011 U.S. LEXIS 4454.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 419 Fed. Appx. 949.

**No. 10-10523. Christopher A. Hall, Petitioner v. United States.**

564 U.S. 1012, 131 S. Ct. 3011, 180 L. Ed. 2d 836, 2011 U.S. LEXIS 4414.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 411 Fed. Appx. 662.

**No. 10-10524. Chenomusa N-Jie, Petitioner v. United States.**

564 U.S. 1012, 131 S. Ct. 3011, 180 L. Ed. 2d 836, 2011 U.S. LEXIS 4503.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 839.

**No. 10-10526. Jermaine A. Warren, Petitioner v. United States.**

564 U.S. 1012, 131 S. Ct. 3012, 180 L. Ed. 2d 836, 2011 U.S. LEXIS 4418.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10527. Okera Ulimwengu, Petitioner v. United States.**

564 U.S. 1012, 131 S. Ct. 3012, 180 L. Ed. 2d 836, 2011 U.S. LEXIS 4486.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 406 Fed. Appx. 918.